Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Brian Reeve, Esq.
Nevada Bar No. 10197
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
afugazzi@swlaw.com
breeve@swlaw.com

Benjamin R. Walker *Pro Hac Vice Forthcoming*
James M. McDonald *Pro Hac Vice Forthcoming*
Yaira Dubin *Pro Hac Vice Forthcoming*
Akash M. Toprani *Pro Hac Vice Forthcoming*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
walkerb@sullcrom.com
mcdonaldj@sullcrom.com
dubiny@sullcrom.com
toprania@sullcrom.com

Jeffrey B. Wall *Pro Hac Vice Forthcoming*
Rishabh Bhandari *Pro Hac Vice Forthcoming*
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C., 20006
Tel: (202) 956-7500
wallj@sullcrom.com
bhandarir@sullcrom.com

*Attorneys for Plaintiff Coinbase Financial Markets, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COINBASE FINANCIAL MARKETS, INC.;<br><br>Plaintiffs,<br><br>v.<br><br>AARON D. FORD, in his official capacity as Attorney General of Nevada; MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board; GEORGE ASSAD, in his official capacity as a Member of the Nevada Gaming Control Board; CHANDENI K. SENDALL, in her official capacity as a Member of the Nevada Gaming Control Board; JENNIFER TOGLIATTI, in her official capacity as a Member of the Nevada Gaming Commission; ROSA SOLIS-RAINEY in her official capacity as a Member of the Nevada Gaming Commission; BRIAN KROLICKI, in his official capacity as a Member of the Nevada Gaming Commission; GEORGE MARKANTONIS, in his official capacity as a member of the Nevada Gaming Commission; ABBI SILVER, in her official capacity as a member of the Nevada Gaming Commission<br><br>Defendants. | Case No.: 2:26-cv-00256<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES** |

Pursuant to Local Rule 42-1, Plaintiff Coinbase Financial Markets, Inc. ("Coinbase") hereby gives notice that this case is related to KalshiEX, LLC v. Hendrick, Case No. 2:25-cv-00575 ("Kalshi").  This case involves substantially similar, albeit broader, questions of fact as Kalshi: the event contracts at issue in this action are traded on KalshiEX LLC's CFTC-regulated Designated Contract Market, and a subset of those same contracts (relating to sports or elections) are at issue in the Kalshi action.  Likewise, this case and Kalshi involve the same question of law:  whether Nevada gaming laws are preempted by the Commodity Exchange Act, 7 U.S.C. §§ 1 et seq., as applied to event contracts traded on federally registered exchanges.

Dated: February 4, 2026                                    SNELL & WILMER L.L.P.


By: */s/ Alex L. Fugazzi*
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Brian Reeve, Esq.
Nevada Bar No. 10197
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

Benjamin R. Walker *Pro Hac Vice Forthcoming*
James M. McDonald *Pro Hac Vice Forthcoming*
Yaira Dubin *Pro Hac Vice Forthcoming*
Akash M. Toprani *Pro Hac Vice Forthcoming*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Jeffrey B. Wall *Pro Hac Vice Forthcoming*
Rishabh Bhandari *Pro Hac Vice Forthcoming*
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C., 20006

*Attorneys for Plaintiff Coinbase Financial Markets, Inc.*