AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General - Litigation
Sabrena K. Clinton (Bar No. 6499)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COINBASE FINANCIAL MARKETS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AARON D. FORD, in his official capacity as Attorney General of Nevada; MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board; GEORGE ASSAD, in his official capacity as a Member of the Nevada Gaming Control Board; CHANDENI K. SENDALL, in her official capacity as a Member of the Nevada Gaming Control Board; JENNIFER TOGLIATTI, in her official capacity as a Member of the Nevada Gaming Commission; ROSA SOLIS-RAINEY, in her official capacity as a Member of the Nevada Gaming Commission; BRIAN KROLICKI, in his official capacity as a Member of the Nevada Gaming Commission; GEORGE MARKANTONIS, in his official capacity as a member of the Nevada Gaming Commission; ABBI SILVER, in her official capacity as a member o the Nevada Gaming Commission,<br><br>Defendants. | Case No. 2:26-cv-00256-CDS-MDC<br><br>**NOTICE OF INTENT TO RESPOND TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

**NOTICE OF INTENT TO RESPOND TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Defendants AARON D. FORD, MIKE DREITZER, GEORGE ASSAD, CHANDENI K. SENDALL, JENNIFER TOGLIATTI, ROSA SOLIS-RAINEY, BRIAN KROLICKI, GEORGE MARKANTONIS and ABBI SILVER, by and through counsel, Jessica E. Whelan, Chief Deputy Solicitor General – Litigation, and Sabrena K. Clinton, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby notify the Court that they intend to file an expedited preliminary response in opposition to Plaintiff's Motion for a Temporary Restraining Order as soon as practicable on February 4, 2026. Defendants respectfully request this Court to hold off on issuing any ruling until it has an opportunity to consider Defendants' preliminary response.

DATED this 4th day of February, 2026.

>   AARON D. FORD
>   Attorney General
>
>   By: */s/ Jessica E. Whelan*
>   Jessica E. Whelan (Bar No. 14781)
>     Chief Deputy Solicitor General - Litigation
>   Sabrena K. Clinton (Bar No. 6499)
>     Senior Deputy Attorney General
>   State of Nevada
>   Office of the Attorney General
>   jwhelan@ag.nv.gov
>   sclinton@ag.nv.gov
>
>   *Attorneys for Defendants*