**INDEX OF EXHIBITS TO STATE DEFENDANTS' OPPOSITION TO COINBASE'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**CASE NO. 2:26-cv-00256-CDS-MDC**

| EXHIBIT | DOCUMENT |
|---|---|
| Ex. A | Complaint for Permanent Injunction and Declaratory Relief |
| Ex. B | Plaintiff's Application for *Ex Parte* Temporary Restraining Order and Motion for Preliminary Injunction |
| Ex. C | Defendant's (I) Preliminary Opposition to Plaintiff's Application for *Ex Parte* Application Temporary Restraining Order and Motion for Preliminary Injunction, and (II) Request for Opportunity to File a Full Opposition and to be Heard Thereon |
| Ex. D | Coinbase's (Proposed) Order |
| Ex. E | (Proposed) Order Granting Plaintiff's Application for *Ex Parte* Temporary Restraining Order |
| Ex. F | Order Granting Plaintiff's Application for *Ex Parte* Temporary Restraining Order |